Argued November 20, dismissed November 20, 1970

CITY OF KLAMATH FALLS, *Respondent, v.*
WALLACE T. RUTHERFORD, *Appellant.*

476 P2d 929

*Glenn D. Ramirez*, Klamath Falls, argued the cause and filed the brief for appellant.

*William P. Brandsness*, Klamath Falls, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and BRANCHFIELD, Judges.

## MEMORANDUM DECISION

This appeal involves violation of a city ordinance. Oral argument confirmed the fact that no constitutional issue was involved. Therefore, in view of ORS 221.350 and 221.360, upon conclusion of argument, we ruled from the bench that this case be:

Dismissed for want of jurisdiction.